UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES MAKI,<br><br>　　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER,<br><br>　　　　　　Respondent. | Case No. 3:20-cv-00274-MMD-WGC<br><br>ORDER |

This is a closed habeas corpus action under 28 U.S.C. § 2254. On October 8, 2020, the Court denied Petitioner's motion for reconsideration. (ECF No. 10.) The same day, Petitioner filed a motion to find Respondents in default and opposing arguments waived. (ECF No. 11.) The Court denies the current motion because it was able to resolve Petitioner's motion for reconsideration without a response.

It therefore is ordered that Petitioner's motion to find Respondents in default and opposing arguments waived (ECF No. 11) is denied. Respondents need not respond to the motion (ECF No. 11).

DATED THIS 9th day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE